IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ERVIN WADE EASTER, JR.                                                                    PLAINTIFF

v.                                    Case No. 1:25-cv-1001

SHERIFF LEROY MARTIN;
JERRY MANESS; and
JAIL ADMINISTRATOR GEAN SIEGER                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 5, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Ford recommends that Plaintiff's conditions of confinement claims against Gean Sieger be dismissed without prejudice. Judge Ford further recommends that Plaintiff's due process claims against Sheriff Leroy Martin and Jerry Maness be stayed and administratively terminated pending the resolution of Plaintiff's state criminal case. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's conditions of confinement claims against Gean Sieger are **DISMISSED WITHOUT PREJUDICE**. Further, Plaintiff's due process claims against Sheriff Leroy Martin and Jerry Maness are **STAYED**, and this case is **ADMINISTRATIVELY TERMINATED** pending the resolution of Plaintiff's state criminal case. Plaintiff has thirty (30) days after the final resolution of his pending state criminal case to file a motion in this Court to reopen the instant case. Failure to file a motion by this deadline will result in the summary dismissal of the instant case.

**IT IS SO ORDERED**, this 16th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge